UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:21-CV-22796-GAYLES/TORRES

WILLIAM MUNOZ,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.
_____/

## ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE

**THIS CAUSE** comes before the Court on Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Motion to Vacate Criminal Conviction (the "Report"). [ECF No. 12]. On August 2, 2021, Petitioner William Munoz ("Petitioner") filed his Memorandum in Support of 28 U.S.C. § 2255 Motion (the "Motion"). [ECF No. 1]. On August 24, 2021, the United States of America (the "Government") filed its Response in Opposition to Movant's Motion to Vacate Sentence Under 28 U.S.C. § 2255. [ECF No. 6]. On September 29, 2021, Petitioner filed his reply. [ECF No. 9]. On February 9, 2022, the case was referred to Judge Torres, pursuant to 28 U.S.C. § 636(b)(1)(B), for a ruling on all pretrial, non-dispositive matters, and for a report and recommendation on any dispositive matters. [ECF No. 10]. Judge Torres' Report recommends that the Court deny Petitioner's Motion. [ECF No. 12]. On November 15, 2023, Petitioner filed his Objections to Magistrate's Report and Recommendation on Motion to Vacate Criminal Conviction. [ECF No. 13]. On November 27, 2023, the Government filed its response. [ECF No. 14].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006).

This Court, having conducted a *de novo* review of the record, agrees with Judge Torres' well-reasoned analysis and agrees that the Motion must be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1) Petitioner William Munoz's Objections to Magistrate's Report and Recommendation on Motion to Vacate Criminal Conviction, [ECF No. 13], are **OVERRULED**;

(2) Chief Magistrate Judge Edwin G. Torres' Report and Recommendation on Motion to Vacate Criminal Conviction, [ECF No. 12], is **AFFIRMED AND ADOPTED** and incorporated into this Order by reference;

(3) Petitioner William Munoz's Memorandum in Support of 28 U.S.C. § 2255 Motion, [ECF No. 1], is **DENIED**; and

(4) This case shall be administratively **CLOSED.**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 11th day of December, 2023.

DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE